## NOTICE OF APPEAL CHECKLIST

**COURT CLERK - PLEASE FILL IN THE BLANKS BELOW:**

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
12/11/2015 4:34:28 PM
KEITH E. HOTTLE
Clerk

**DEFENDANT:** BILLY JACK GUERRA
**CAUSE NO.:** 2015CR4609
**RECEIVED FROM (COURT CLERK):** JOHN MULLENFELD
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

1. **SENTENCE - CHOOSE ONE:**

   _X_ **4TH COURT OF APPEALS, SAN ANTONIO, TEXAS**

   ___ **DEATH PENALTY: COURT OF CRIMINAL APPEALS, AUSTIN, TX.**

2. **SENTENCE DATE:** _11/10/2015_
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| NON JURY CASES ON APPEAL | | JURY CASES ON APPEAL | |
|---|---|---|---|
| JACKET | NA | JACKET | — |
| NOTICE OF APPEAL | X | NOTICE OF APPEAL | |
| 4TH CRT CERTIFICATE | X | 4TH CRT CERTIFICATE | |
| DOCKET SHEET | NA | DOCKET SHEET | — |
| BILL OF INDICTMENT | X | BILL OF INDICTMENT | — |
| INFORMATION | NA | ELECT-PUNISHMENT | — |
| JURY WAIVER | NA | CHARGE OF COURT | — |
| STIPULATIONS | NA | JUDGMENT | — |
| JUDGMENT | X | PROBATION CONDN'S | — |
| PROBATION CONDN'S | NA | CERTIFICATION OF APPEAL | — |
| CERTIFICATION OF APPEAL | X | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**APPELLANT CLERK - PLEASE FILL IN THE BLANKS BELOW:**

_____ MNT FILED (TIMELY - 120 DAYS)   (UNTIMELY - ASAP)

_____ NO MNT FILED - 60 DAYS

_____ NOA (TIMELY 30-60 DYS) (MNT - 90-120 DYS) (UNTIMELY-ASAP)

_____ ACCELERATED APPEAL - 15 DAYS

_____ DUE DATE_____

FILED
DONNA KAY McKINNEY
DISTRICT CLERK
BEXAR COUNTY
2015 DEC 11 PM 3: 45

## CRIMINAL APPEALS
## CERTIFICATE OF NOTICE OF APPEAL TO THE FOURTH COURT OF APPEALS

TRIAL COURT NO. 2015CR4609

| THE STATE OF TEXAS | IN THE 227TH DISTRICT COURT |
|---|---|
| VS | OF |
| BILLY JACK GUERRA | BEXAR COUNTY, TEXAS |

1. Defendant filed motion for new trial: X no __ yes, date filed:_____

2. Notice of appeal was filed on 12-11-2015_____

3. The Honorable RON RANGEL_____presided at the trial____.

4. The above named defendant was convicted_____of the offense(s) of POSS CS PG 1 LESS THAN 1 GRAM___

as a (Repeater) (Habitual).

5. State's appeal attorney: NICHOLAS LAHOOD_____ 300 Dolorosa, Suite 4025, Bexar County Justice
Center, San Antonio, Texas,78205 (210)335-2413       SBN: 24030360_____

6. Trial_____Attorney(s): DALE LEE HILL_____

(Retained) (Appointed) Appeals attorney: MICHAEL L YOUNG_____
Address & Phone No: 101 W NUEVA 370 PAUL ELIZONDO TOWER SAN ANTONIO, TX, 78205-3406 (210)335-0711       SBN: 794895

Defendant Pro-Se __ Yes X No
7. The trial held was:___Trial before the Court       ___Jury trial on guilt only
   ___Jury trial on punishment only       ___Jury trial guilt and punishment
   _X_Plea of guilt / nolo contendere to court - negotiated plea agreement followed by court
   ___Pretrial motion heard prior to plea       ___Open/non negotiated plea of guilty/nolo contendere
   ___Motion to enter adjudication of guilt       ___Motion to revoke community supervision
   ___Other_____

8. The sentence was (imposed ) on:11-10-2015 for a period of:yrs:001 mths:00
and a fine of $       1,500.00_____

9. Defendant is presently in:___ BCADC _X_ TDCJID. Defendant is on ___** RWOB **_____ appeal bond.

10. Name and Address of Court Reporter(s) who reported the evidence: RACHELLE YOUNG, 379TH

11. If two or more cases were tried together the other cases that have been or may be appealed are:(Defendant's na
& cause number) _____

WITNESS MY HAND THIS THE 11th DAY OF December_____, 2015___

COURT REPORTER(S):_____       Date:_____
                                                                                    Date:_____
KEITH E. HOTTLE, CLERK

BY:_____       Date:_____
Deputy

DONNA KAY MCKINNEY
BEXAR COUNTY DISTRICT CLERK

BY: _John Mullenfeld_

MULLENFELD, JOHN M       ,DEPUTY

(jsdca)



No. 2015 - CR - 4689

The State of Texas                    §          In the 227 District Court

vs.                                   §          of

Billy Jack Guerra                     §          Bexar County, Texas

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

☐  is not a plea-bargain case, and the defendant has the right of appeal; (or)

☐  is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial and not withdrawn or waived, and the defendant has the right of appeal; (or)

☐  is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal; (or)

☒  is a plea-bargain case, and the defendant has NO right of appeal; (or)

☐  is a revocation of the defendant's community supervision, and the defendant has the right to appeal the court's action revoking the community supervision, but not the underlying conviction; (or)

☐  is an adjudication of guilt following a deferred adjudication, and the defendant has a limited right of appeal; (or)

☐  is a decision on the defendant's motion for forensic DNA testing and the defendant has the right of appeal; (or)

☐  is one in which the defendant has waived the right of appeal.

_____          11/10/15
**JUDGE**                        Date Signed

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals's judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the Court of Criminal Appeals. Tex. R. App. P. 68.2.

_____
**DEFENDANT**

Mailing address:_____
Telephone number:_____

Fax number if any:_____

I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

_____
**ATTORNEY FOR DEFENDANT**

Bar number: 09626460
Mailing address: Box 830757 SAT, 78283

Telephone: 210 - 308 - 0600
Fax: 210 - 910 - 6101

*"A defendant in a criminal case has the right of appeal under Code of Criminal Procedure Article 44.02 and these rules. This trial court shall enter a certification of the defendant's right of appeal each time it enters a judgement of guilt or other appealable order. In a plea bargain case - that is, a case in which a defendant's plea was guilty or nolo contedere and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant - a defendant may appeal only: (A) those matters that were raised by written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULE OF OF APPELLATE PROCEDURE 25.2(a)(2).

Cause NO. 2015-CR-6009

THE STATE OF TEXAS

VS.

BILLY JACK GUERRA

IN THE DISTRICT COURT

227 JUDICIAL DISTRICT

BEXAR COUNTY, TEXAS

FILED
DONNA KAY McKINNEY
DISTRICT CLERK
BEXAR COUNTY
2015 DEC -7 A 11: 56
DEPUTY

---

## NOTICE OF APPEAL

---

TO THE HONORABLE JUDGE OF SAID COURT:

Come now BILLY JACK GUERRA , Defendant in the

above styled and numbered cause, on this the 24th day of

November ,2015 AD , and within thirty (30) days of

sentencing having been imposed against Defendant on the 10th day of

November ,2015 AD , in said cause, and files this written

notice of appeal of said conviction to the 4th Court of Appeals, Bexar County Criminal

Justice Center, 300 Dolorosa, San Antonio, Texas 78205.

FILED
O'CLOCK M
DEC 11 2015
DONNA KAY McKINNEY
District Clerk, Bexar County, Texas
BY _____ DEPUTY

Respectfully submitted

Billy J. Guerra

Defendant — Pro Se

Attorney for Defendant

Cause NO. 2015-CR-4609

| THE STATE OF TEXAS | IN THE DISTRICT COURT |
|---|---|
| VS. | 227 JUDICIAL DISTRICT |
| BILLY JACK GUERRA | BEXAR COUNTY, TEXAS |

## NOTICE OF APPEAL FROM NEGOTIATED PLEA

TO THE HONORABLE JUDGE OF SAID COURT:

Come now ___BILLY JACK GUERRA___, Defendant in the above styled and numbered cause, and within thirty (30) days of sentence having been pronounced against him in court, and files this his Notice of Appeal from Negotiated Plea pursuant to the Texas Rules of Appellate Procedure, Rule 25.2 (b)(3), and Article 1.15 of the Texas Code of Criminal Procedure, and who would state the following:

1. There was a trial in this cause

   ( ) yes                    (✓) no

   and the trial was a

   ( ) jury trial              (✓) non-jury trial

2. The trial commenced on the 10th day of November, 2015 AD, and ended on the 10th day of November, 2015 AD.

3. There was a plea bargain agreement in this cause

   (✓) yes                    ( ) no

4. The plea bargain agreement was followed by the Court

   ( ) yes                    (✓) no

5. Defendant was sentenced on the 10th day of November, 2015 AD, and sentence commenced on the on the 27th day of December, 2014 AD,

6. A motion for New Trial was filed in this cause

   ( ) yes                    (X) no

Also pursuant to Rule 25.2 (b)(3) (A), (B) and (C), the following indicated items apply as a basis for Defendant's notice of appeal:

_____ (A)   the appeal is for a jurisdictional defect (explanation attached hereto);

_____ (B)   the substance of the appeal was raised by written motion and ruled on before trial

             (motion and ruling attached hereto);

__✓__ (C)   permission to appeal

   ( ) has been granted by trial court          ( ) has been denied by trial court

Respectfully submitted,

_Billy J. Guerra_

Defendant – Pro Se

CRT

DEC 11 2015
DONNA KAY MCKINNEY
District Clerk, Bexar County Texas
BY _John Ballesteros_
DEPUTY

FILED
2015 DEC -1
DONNA KAY MCKINNEY
DISTRICT CLERK
BEXAR COUNTY
DEPUTY

Billy J. Guerra
PDADC #4766628
200 N. Comal
SA., TX

FILED
DONNA KAY McKINNEY
DISTRICT CLERK
BEXAR COUNTY

2015 DEC -7 A 11: 56

DEPUTY

BY _____



LEGAL MAIL

RETURN SERVICE REQUESTED 78205384117-2011

neopost
12/03/2015
US POSTAGE

FIRST-CLASS MAIL

$00.70⁵

ZIP 78205
041L1220204Q

Donna K. McKinney
BEXAR COUNTY DISTRICT CLERK
101 W. Nueva, Ste. 217
San Antonio, TX
78205